AO 240 (Rev 10/03)

# UNITED STATES DISTRICT COURT

FOR THE District of COLUMBIA

**FILED**
MAR 3 1 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

NEVILLE SYLVESTER LESLIE
  Plaintiff

V.

UNITED STATES BUREAU OF PRISONS
CORNELL COMPANY, INC

  Defendant S

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 08 0562

I, NEVILLE SYLVESTER LESLIE _____ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant      ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☒ Yes    ☐ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration  **Moshannon Valley Correctional Center**

   Are you employed at the institution?  **Yes**   Do you receive any payment from the institution?  **Yes**

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?   ☐ Yes    ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment   ☐ Yes   ☒ No
   b. Rent payments, interest or dividends            ☐ Yes   ☒ No
   c. Pensions, annuities or life insurance payments  ☐ Yes   ☒ No
   d. Disability or workers compensation payments     ☐ Yes   ☒ No
   e. Gifts or inheritances                           ☐ Yes   ☒ No
   f. Any other sources                               ☒ Yes   ☐ No

**RECEIVED**
FEB 27 2008
Clerk, U.S. District and
Bankruptcy Courts

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

The other sources which I received money from his my family and friends who help with my daily expenses in prison.

4. Do you have any cash or checking or savings accounts?    ☐ Yes    ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☐ Yes    ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

February 21, 2008        *Neville Sylvester Leslie*
_____      _____
       Date                  Signature of Applicant

NOTICE TO PRISONER: A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

```
                             MOSHANNON VALLEY
               ========================================================
                           Resident Account Statement
                       Tuesday, February 19, 2008  @13:10

               ================================================================
  For CIN: 42741083    LESLIE, NEVILLE SYLVESTER
  ------------------------------------------------------------------------------
     Date     Description                    +          -      Avail    Owed    Held    Reference
  ------------------------------------------------------------------------------
  08/23/2007 OID:100068200-ComisaryPurch-Reg  --      15.04    75.46    0.00    0.00
  08/29/2007 OID:100068200-ComisaryRefund-Reg 2.10      --     77.56    0.00    0.00
  08/30/2007 OID:100069186-ComisaryPurch-Reg  --      42.84    34.72    0.00    0.00
  09/06/2007 PPAY - Education  1              2.28      --     37.00    0.00    0.00
  09/06/2007 PPAY - Unit worker  1           15.64      --     52.64    0.00    0.00
  09/07/2007 OID:100070684-ComisaryPurch-Reg  --       5.00    47.64    0.00    0.00
  09/10/2007 C.LESLIE 200139551634           60.00      --    107.64    0.00    0.00
  09/13/2007 OID:100071675-ComisaryPurch-Reg  --      15.10    92.54    0.00    0.00
  09/20/2007 OID:100073097-ComisaryPurch-Reg  --      70.14    22.40    0.00    0.00
  09/27/2007 MCFADDEN 11489459580            25.00      --     47.40    0.00    0.00
  10/04/2007 PPAY - Education  1              1.56      --     48.96    0.00    0.00
  10/04/2007 PPAY - Unit worker  1           14.96      --     63.92    0.00    0.00
  10/04/2007 OID:100075460-ComisaryPurch-Reg  --      37.70    26.22    0.00    0.00
  10/10/2007 OID:100075460-ComisaryRefund-Reg 2.49      --     28.71    0.00    0.00
  10/11/2007 OID:100076374-ComisaryPurch-Reg  --      24.04     4.67    0.00    0.00
  10/22/2007 DAVID ESTES #11333647978       100.00      --    104.67    0.00    0.00
  10/25/2007 OID:100079815-ComisaryPurch-Reg  --      83.16    21.51    0.00    0.00
  11/06/2007 PPAY - Unit worker  1           14.28      --     35.79    0.00    0.00
  11/08/2007 OID:100082258-ComisaryPurch-Reg  --      23.15    12.64    0.00    0.00
  11/15/2007 OID:100082258-ComisaryRefund-Reg 2.00      --     14.64    0.00    0.00
  11/28/2007 BOGGS #08662746163              40.00      --     54.64    0.00    0.00
  11/29/2007 OID:100086134-ComisaryPurch-Reg  --      45.13     9.51    0.00    0.00
  12/04/2007 PHOTOCOPIES (8) ON 11-29-07      --       0.80     9.51    0.80    0.00
  12/04/2007 PHOTOCOPIES (8) ON 11-29-07      --        --      8.71    0.00    0.00
  12/05/2007 DAVID #11333653470             100.00      --    108.71    0.00    0.00
  12/06/2007 OID:100087396-ComisaryPurch-Reg  --      44.32    64.39    0.00    0.00
  12/06/2007 PPAY - Education  1             10.08      --     74.47    0.00    0.00
  12/06/2007 PPAY - Unit worker  1           14.96      --     89.43    0.00    0.00
  12/07/2007 PHOTOCOPIES (3) ON 12-3-07       --       0.30    89.43    0.30    0.00
  12/07/2007 PHOTOCOPIES (3) ON 12-3-07       --        --     89.13    0.00    0.00
  12/13/2007 OID:100088952-ComisaryPurch-Reg  --      57.07    32.06    0.00    0.00
  12/14/2007 FERGUSON #11426853565           20.00      --     52.06    0.00    0.00
  12/18/2007 PHOTOCOPIES (38) ON 12-11-07     --       3.80    52.06    3.80    0.00
  12/18/2007 PHOTOCOPIES (38) ON 12-11-07     --        --     48.26    0.00    0.00
  12/26/2007 PHOTOCOPIES (19) ON 12-18-07     --       1.90    48.26    1.90    0.00
  12/26/2007 PHOTOCOPIES (19) ON 12-18-07     --        --     46.36    0.00    0.00
  12/27/2007 OID:100091424-ComisaryPurch-Reg  --      38.64     7.72    0.00    0.00
  01/04/2008 OPAY - Monetary Lump Sum 1       2.16      --      9.88    0.00    0.00
  01/04/2008 PPAY - Unit worker  1           15.64      --     25.52    0.00    0.00
  01/10/2008 OID:100093996-ComisaryPurch-Reg  --      23.78     1.74    0.00    0.00
  01/23/2008 DAVID 11322511795              100.00      --    101.74    0.00    0.00
  01/24/2008 OID:100096507-ComisaryPurch-Reg  --      82.83    18.91    0.00    0.00
  01/30/2008 JOANN #0887444822               40.00      --     58.91    0.00    0.00
  01/31/2008 PHOTOCOPIES (8) ON 1-28-08       --       0.80    58.91    0.80    0.00
  01/31/2008 PHOTOCOPIES (8) ON 1-28-08       --        --     58.11    0.00    0.00
  01/31/2008 PHOTOCOPIES (41) ON 1-28-08      --       4.10    58.11    4.10    0.00
  01/31/2008 PHOTOCOPIES (41) ON 1-28-08      --        --     54.01    0.00    0.00
  02/06/2008 PPAY - Unit worker  1           14.96      --     68.97    0.00    0.00
  02/07/2008 OID:100099096-ComisaryPurch-Reg  --      68.55     0.42    0.00    0.00
  02/08/2008 PHOTOCOPIES (4) ON 2-4-08        --       0.40     0.42    0.40    0.00
  02/08/2008 PHOTOCOPIES (4) ON 2-4-08        --        --      0.02    0.00    0.00
  02/13/2008 OID:100099096-ComisaryRefund-Reg 16.40     --     16.42    0.00    0.00
  02/18/2008 PHOTOCOPIES (5) ON 2-13-08       --       0.50    16.42    0.50    0.00
  02/18/2008 PHOTOCOPIES (5) ON 2-13-08       --        --     15.92    0.00    0.00
                                          --------  --------
                         Totals:          2628.34  (2612.42)
                         NetWorth:                            15.92
```