UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAR 3 1 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| Neville Sylvester Leslie, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 08 0562 |
| United States Bureau of Prisons *et al.*, | ) |
| Defendants. | ) |

### TRANSFER ORDER

This matter is before the Court on plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. Plaintiff is a federal prisoner confined at the Moshannon Valley Corrections Center in Philipsburg, Pennsylvania. Invoking 42 U.S.C. § 1983, plaintiff claims that his conditions of confinement violate the Eighth and Thirteenth Amendments to the Constitution. He seeks $ 5.6 million in monetary damages.

The events forming the basis of the complaint are not alleged to have occurred in the District of Columbia; thus, this venue is improper for litigating the § 1983 claim. S*ee* 28 U.S.C. § 1391(b) (designating the proper venue under the circumstances presented as the location where a substantial part of the events occurred). The Court finds it in the interests of justice and judicial economy to transfer this case. Accordingly, it is this 18 day of March 2008,

ORDERED that, pursuant to 28 U.S.C. § 1406(a), this action is hereby TRANSFERRED to the United States District Court for the Middle District of Pennsylvania. The Clerk of this Court shall file and docket the complaint. Whether plaintiff should be permitted to proceed further without prepayment of fees is a determination to be made by the transferee court.

/s/ Rosemary M. Collyer
United States District Judge